IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH A. ASHTON, SR. and <br> WILLIAM E. ASHTON, <br> Plaintiffs, <br><br> vs. <br><br> CITY OF UNIONTOWN, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 10-803 <br> ) <br> ) <br> ) |

## ORDER

AND NOW, this 11 day of March, 2011, after the plaintiffs, Kenneth A. Ashton, Sr. and William E. Ashton, filed an action in the above-captioned case, and after a motion to dismiss the Amended Complaint was submitted by all of the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until February 28, 2011 to file written objections thereto, and upon consideration of the objections filed by the plaintiffs, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 28), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss the Amended Complaint (Docket No. 20) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_____
Gary L. Lancaster
Chief United States District Judge